JACK NOVACK, an Infant, by LEO NOVACK, His Guardian ad Litem, Respondent, v. JAMIL ABOOD, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

LEO NOVACK, Respondent, v. JAMIL ABOOD, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HUGH M. O'BRIEN and Another, Respondents, v. GUSTAVE ZEESE, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CORNELIUS O'DONNELL, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

EMMETT D. PAGE, Appellant, v. OSCAR E. KONKLE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

ANNIE POMERANZ, as Administratrix, etc., of VICTOR E. POMERANZ, Deceased, Respondent, v. VIC-RANZ HOLDING COMPANY, INC., and Another, Appellants, Impleaded with Others, Defendants — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. R. W. E. JOYCE, Appellant.— Judgment of the County Court of Suffolk county, affirming judgment of conviction in Justice's Court, affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM MILLER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

NICKOLAJ SHAMKIN and Others, as Trustees of the RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH OF EXALTATION OF HOLY CROSS OF ASTORIA, L. I., Respondents, v. ALEXY KOMARNICKI and Another, Appellants.— Order affirmed, without costs. This case should be speedily tried on the merits, when the parties and their witnesses can be examined and cross-examined and the respective rights of the parties determined. It seems to this court that the parties on both sides could well refrain from the idle acts of putting on locks and removing locks from the church door until the case is determined on the merits. The rights of neither party would be injured in the meantime. The case can readily be tried and doubtless the trial judge would grant a preference so that the issues might be promptly determined. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

WM. A. WHITE & SONS, Respondent, v. ULTRA APARTMENT CORPORATION and Others, Appellants.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, without costs. The defendants were clearly entitled to know whether the alleged acceptance was in writing or oral, and if in writing, to have a copy of it. If oral, the trial would be expedited and justice promoted by a statement of the terms thereof. If the plaintiff is unaware of these terms, it may so state. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.